**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Vickie Lynn Edleblute**                    **BK NO. 20-02389 HWV**
                        Debtor(s)

                                              **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

     Respectfully submitted,

/s/Rebecca A. Solarz

Rebecca Solarz
19 Oct 2020, 10:59:28, EDT


     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     215-627-1322