## UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Vickie Lynn Edleblute | : | CHAPTER 13 |
| | : | |
| Debtor | : | CASE NO. 20-02389 |
| | : | |
| Vickie Lynn Edleblute | : | |
| Movant | : | Motion to Extend Time |

### MOTION FOR EXTENSION OF TIME & REQUEST TO CONTINUE HEARING

**AND NOW**, the Debtor, by and through her attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC files this Motion for Extension of Time and in support thereof states the following:

1. Debtor filed her bankruptcy on August 8, 2020.
2. Debtor asked to pay her filing fee in installments, and her request was granted.
3. Debtor's filing fee was due December 6, 2020.
4. Debtor had unexpected expenses and has been unable to pay her filing fee installments and is asking for a 30 day extension to make her payment.
5. Debtor has been in contact with Counsel regarding the filing fee and has indicated she can pay the filing fee in full by January 11, 2021.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant her an extension until January 11, 2021 to pay the filing fee in full.

Date: 12/10/2020

Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor
115 East Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com

**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Vickie Lynn Edleblute : CHAPTER 13
                                         :
                Debtor : CASE NO. 20-02389
                                           :
Vickie Lynn Edleblute : 
                Movant : Motion to Extend Time

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until January 11, 2021, to pay her filing fee in full.