# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Vickie Lynn Edleblute**
                        Debtor                      CHAPTER 13

**U.S. Bank National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust**
                        Movant                      NO. 20-02389 HWV
    vs.

**Vickie Lynn Edleblute**
                        Debtor
**David E. Edlelblute**
                        Co-Debtor               11 U.S.C. Section 362 & 1301
**Charles J. DeHart, III Esq.**
                        Trustee

## ANSWER TO MOTION OF U.S. Bank National Association, not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust FOR RELIEF FROM THE AUTOMATIC STAY & CO-DEBTOR STAY UNDER SECTION 362 & 1301

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.

7. Admitted.

8. Denied.

9. No response required as this is a request for relief.

10. No response required as this is not an allegation.

Respectfully Submitted:

/s/ Dawn M. Cutaia

Attorney for Debtor

717-304-1841

dmcutaia@gmail.com