# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     VICKIE LYNN EDLEBLUTE
              Debtor(s)
            CHARLES J. DEHART, III           CHAPTER 13
            CHAPTER 13 TRUSTEE
              Movant
            vs.                                           CASE NO: 1-20-02389-HWV
            VICKIE LYNN EDLEBLUTE
              Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 17, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on August 10, 2020.

2. A hearing was held and an Order was entered on December 16, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                   Respectfully submitted,

                                                   s/    James K. Jones, Esq.
                                                   Id:   39031
                                                   Attorney for Trustee
                                                   Charles J. DeHart, III
                                                   Standing Chapter 13 Trustee
                                                   Ste. A, 8125 Adams Drive
                                                   Hummelstown, PA    17036
                                                   Ph.   717-566-6097
                                                   Fax. 717-566-8313
                                                   eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: VICKIE LYNN EDLEBLUTE

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-02389-HWV

Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| This hearing will be held telephonically using Courtcall. | Date: March 24, 2021 |
| | Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: February 17, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VICKIE LYNN EDLEBLUTE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

VICKIE LYNN EDLEBLUTE

Respondent(s)

CHAPTER 13

CASE NO: 1-20-02389-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 17, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| VICKIE LYNN EDLEBLUTE<br>2415 CROLL SCHOOL ROAD<br>YORK, PA 17403 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 17, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VICKIE LYNN EDLEBLUTE

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| VICKIE LYNN EDLEBLUTE | CASE NO: 1-20-02389-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.