# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VICKIE LYNN EDLEBLUTE

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-02389-HWV

VICKIE LYNN EDLEBLUTE

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

    AND NOW on March 22, 2021, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of March 22, 2021, the Debtor(s) is/are $1909.88 in arrears with a plan payment having last been made on Feb 16, 2021

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 22, 2021

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    VICKIE LYNN EDLEBLUTE           CHAPTER 13

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

CASE NO:    1-20-02389-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 22, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DAWN MARIE CUTAIA, ESQUIRE        SERVED ELECTRONICALLY
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

VICKIE LYNN EDLEBLUTE
2415 CROLL SCHOOL ROAD        SERVED BY 1ST CLASS MAIL
YORK, PA 17403

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101        SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2021        Respectfully submitted,
                                        Liz Joyce
                                        for Charles J. DeHart, III, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        eMail: dehartstaff@pamd13trustee.com