United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Vickie Lynn Edleblute  
    Debtor

Case No. 20-02389-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 26, 2021     Form ID: ordsmiss     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vickie Lynn Edleblute, 2415 Croll School Road, York, PA 17403-9694 |
| 5350672 | + | Ar Resources Inc, Pob 1056, Blue Bell PA 19422-0287 |
| 5350671 | | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5354278 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5350673 | + | Fayfinancial, 1601 Lbj Freeway, Farmers Branch TX 75234-6512 |
| 5366362 | + | Fulton Bank, N.A. formerly known as Fulton Bank, c/o Matthew G. Brushwood, Esquire, Barley Snyder, 50 North Fifth Street, 2nd Floor, Reading, PA 19601-3417 |
| 5350676 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville SC 29602 |
| 5350679 | + | The Bureaus Inc, 650 Dundee Road, Northbrook IL 60062-2747 |
| 5360953 | | US Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5350680 | + | York County Tax Claim Bureau, 28 E. Market Street, York PA 17401-1501 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 26 2021 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5365070 | + | EDI: PRA.COM | Mar 26 2021 23:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5351363 | + | Email/Text: bankruptcy@cavps.com | Mar 26 2021 19:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5350674 | + | Email/Text: bankruptcy@fult.com | Mar 26 2021 19:46:00 | Fulton Bank N.a, Po Box 4887, Lancaster PA 17604-4887 |
| 5350670 | | EDI: IRS.COM | Mar 26 2021 23:08:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia PA 19101-7346 |
| 5350675 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 26 2021 19:43:00 | Kohls/capone, Po Box 3115, Milwaukee WI 53201-3115 |
| 5351607 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5351771 | | EDI: AGFINANCE.COM | Mar 26 2021 23:08:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5350677 | + | EDI: AGFINANCE.COM | Mar 26 2021 23:08:00 | Onemain, Po Box 1010, Evansville IN 47706-1010 |
| 5364133 | | EDI: PRA.COM | Mar 26 2021 23:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5350678 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Syncb/netwrk, C/o Po Box 965036, Orlando FL 32896-0001 |
| 5350706 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 26, 2021 | Form ID: ordsmiss | Total Noticed: 22 |

23541-1021

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5354279 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Vickie Lynn Edleblute dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com;judy.cutaialaw@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vickie Lynn Edleblute,          Chapter     13

**Debtor 1**

Case No.     1:20−bk−02389−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 26, 2021                        By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)